THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JAMES FANTI, Respondent.

Argued January 24, 1938; decided March 8, 1938.

616

*John J. Bennett, Jr.*, Attorney-General (*Maurice H. Matzkin, Joseph A. McLaughlin* and *Abraham H. Brodsky* of counsel), for appellant.

*C. Joseph Danahy* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ. Taking no part: HUBBS, J. FINCH, J., dissents in the following memorandum:

I dissent and vote to reverse. To construe the statute thus narrowly is unnecessarily to limit the reasonable enforcement of a provision of the criminal law enacted for the public welfare.